HAARMANN DE LAIRE–SCHAEFER CO. v. LUEDERS et al.

(Circuit Court, S. D. New York. March 27, 1906.)

PATENTS—INFRINGEMENT—AROMATIC KETONE.
    The Tiemann patent, No. 556,943, for aromatic ketone and process for making same, claim 1 *held* not infringed.

In equity. Suit for alleged infringement of letters patent No. 556,943, granted March 24, 1896, to Johann C. W. F. Tiemann, on application filed May 11, 1893, for aromatic ketone and process of making same.

Elisha K. Camp (Philip Mauro and C. A. L. Massie, of counsel), for complainant.

Briesen & Knauth (Arthur v. Briesen and Hans v. Briesen, of counsel), for defendants.

RAY, District Judge. The patent in suit contains four claims, but claim 1 only is in suit. I think title in complainant is shown. Infringement must be proved; it is not presumed and the evidence ought to be satisfactory to the trial court. In this case I appreciate the difficulties under which complainants labored, but am far from convinced that defendants have infringed. I also doubt the validity of the patent, but will not pass on that point. Assuming it to be valid, infringement is not shown.

The defendants are entitled to a decree dismissing the bill of complaint, with costs.